UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WADE RINER,

Plaintiff,

v. Case No. 6:22-cv-1380-RBD-LHP

QUAIL WEST FOUNDATION, INC.,
ET AL,

Defendants.
_______________________________________/

**THE UNITED STATES' NOTICE OF CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On October 16, 2024, Relator filed a Notice of Voluntary Dismissal of Defendants (Doc. 87):

- Dunedin Country Club
- Quail West Foundation. Inc.
- Blue Tree Resort at Lake Buena Vista Condominium Association
- Cedar Hammock Gold & Country Club, Inc.
- Collier's Reserve Country Club, Inc.
- Colonial Country Club of Lee County Master Association, Inc.
- Copperleaf Golf Club Community Association, Inc.
- Countryside Master Association, Inc.
- Crown Colony Golf & Country Club, Inc.
- Cypress Woods Golf & Country Club Master Property Owners Association, Inc.

- Esplanade Golf & Country Club at Lakewood Ranch, Inc.
- Fiddlesticks Country Club, Inc.
- Forest Glen Golf and Country Club Master Association, Inc.
- The Founders Golf Club, Inc.
- Foxfire Community Association of Collier County, Inc.
- Glades Golf and Country Club, Inc.
- Glen Eagle Golf & Country Club, Inc.
- Grasslands Golf & Country Club, Inc.
- Gulf Harbour Golf and Country Club, Inc.
- Hammock Dunes Club, Inc. -Defendant
- Heritage Palms Golf & Country Club, Inc.
- Heritage Pines Community Association, Inc.
- Heritage Springs Community Association, Inc.
- Hideaway Beach Association, Inc.
- Indian River Colony Club, Inc.
- Jacksonville Golf & Country Club, Inc.
- Kelly Greens Master Association, Inc.
- Lexington Community Association, Inc.
- Longshore Lake Foundation, Inc.
- Maple Leaf Estates Homeowners Corporation
- Naples Heritage Golf & Country Club, Inc.
- Ocean East Resort Club Association, Inc.

- Ocean Gallery Property Owners Association, Inc.
- Ocean Walk Resort Condominium Association, Inc.
- Palm-Aire Country Club at Sarasota, Inc.
- Pelican Bay Foundation, Inc.
- Pelican Cove Condominium Association, PC
- Pelican Marsh Golf Club, Inc.
- Pelican Preserve Community Association, Inc.
- Pelican Sound Golf & River Club, Inc.
- The Plantation at Ponte Vedra, Inc.
- Quail Creek Village Foundation, Inc.
- Reef Resort Condominium Association, Inc.
- RHC Master Association
- River Strand Golf & Country Club, Inc.
- Sarasota Surf and Racquet Club Condominium Association, Inc.
- Seven Springs Golf and Country Club, Inc.
- Spring Run Golf Club Community Association, Inc.
- Spruce Creek Country Club, Inc.
- Stonebridge Country Club Community Association, Inc.
- Stoney brook Golf & Country Club of Sarasota, Inc.
- Timber Greens Community Associations, Inc.
- Vanderbilt Community Association, Inc.
- Vasari Country Club Master Association, Inc.

- Ventura Country Club Community Homeowners Association, Inc.
- Waterlefe Master Property Owners Association, Inc.
- Wildcat Run Country Club Association, Inc.
- Windstar Club Incorporated

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of said defendants without prejudice to the rights of the United States.

Dated: October 17, 2024

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

Lacy R. Harwell, Jr.
Assistant United States Attorney