**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WADE RINER,

Plaintiff,

v. Case No: 6:22-cv-1380-RBD-LHP

PABLO CREEK CLUB, INC. et al,

Defendants.

---

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 87), filed on October 16, 2024, as to Defendants:

- Dunedin Country Club
- Quail West Foundation, Inc.
- Blue Tree Resort at Lake Buena Vista Condominium Association
- Cedar Hammock Gold & Country Club, Inc.
- Collier's Reserve Country Club, Inc.
- Colonial Country Club of Lee County Master Association, Inc.
- Copperleaf Golf Club Community Association, Inc.
- Countryside Master Association, Inc.
- Crown Colony Golf & Country Club, Inc.
- Cypress Woods Golf & Country Club Master Property Owners Association, Inc.
- Esplanade Golf & Country Club at Lakewood Ranch, Inc.
- Fiddlesticks Country Club, Inc.
- Forest Glen Golf and Country Club Master Association, Inc.
- The Founders Golf Club, Inc.
- Foxfire Community Association of Collier County, Inc.
- Glades Golf and Country Club, Inc.
- Glen Eagle Golf & Country Club, Inc.
- Grasslands Golf & Country Club, Inc.
- Gulf Harbour Golf and Country Club, Inc.

- Hammock Dunes Club, Inc. -Defendant
- Heritage Palms Golf & Country Club, Inc.
- Heritage Pines Community Association, Inc.
- Heritage Springs Community Association, Inc.
- Hideaway Beach Association, Inc.
- Indian River Colony Club, Inc.
- Jacksonville Golf & Country Club, Inc.
- Kelly Greens Master Association, Inc.
- Lexington Community Association, Inc.
- Longshore Lake Foundation, Inc.
- Maple Leaf Estates Homeowners Corporation
- Naples Heritage Golf & Country Club, Inc.
- Ocean East Resort Club Association, Inc.
- Ocean Gallery Property Owners Association, Inc.
- Ocean Walk Resort Condominium Association, Inc.
- Palm-Aire Country Club at Sarasota, Inc.
- Pelican Bay Foundation, Inc.
- Pelican Cove Condominium Association, PC
- Pelican Marsh Golf Club, Inc.
- Pelican Preserve Community Association, Inc.
- Pelican Sound Golf & River Club, Inc.
- The Plantation at Ponte Vedra, Inc.
- Quail Creek Village Foundation, Inc.
- Reef Resort Condominium Association, Inc.
- RHC Master Association
- River Strand Golf & Country Club, Inc.
- Sarasota Surf and Racquet Club Condominium Association, Inc.
- Seven Springs Golf and Country Club, Inc.
- Spring Run Golf Club Community Association, Inc.
- Spruce Creek Country Club, Inc.
- Stonebridge Country Club Community Association, Inc.
- Stoney brook Golf & Country Club of Sarasota, Inc.
- Timber Greens Community Associations, Inc.
- Vanderbilt Community Association, Inc.
- Vasari Country Club Master Association, Inc.
- Ventura Country Club Community Homeowners Association, Inc.
- Waterlefe Master Property Owners Association, Inc.
- Wildcat Run Country Club Association, Inc.
- Windstar Club Incorporated

No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice **ONLY** as to the defendants listed in this Order. The Clerk is directed to terminate these defendants as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 22, 2024.

ROY B. DALTON, JR.
United States District Judge