UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WADE RINER,

Plaintiff,

v. Case No. 6:22-cv-1380-RBD-LHP

QUAIL WEST FOUNDATION, INC.,
ET AL,

Defendants.
_______________________________________/

**THE UNITED STATES' NOTICE OF CONSENT TO**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On November 6, 2024, Relator filed a Notice of Voluntary Dismissal of Defendant Temple Terrace Golf & Country Club. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of said defendant without prejudice to the rights of the United States.

Dated: November 7, 2024

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Lacy R. Harwell, Jr.* ___________
LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

*/s/ Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant United States Attorney