UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
EX REL. WADE RINER,

    Plaintiff/Relator,

v.                                Case No. 6:22-CV-1380-RBD-LHP

QUAIL WEST FOUNDATION, INC.,
ET AL,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL BY UNITED STATES, RELATOR AND DEFENDANT PABLO CREEK CLUB, INC.**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the parties' October 2, 2024, Settlement Agreement, the United States, the Relator Wade Riner, and Defendant Pablo Creek Club, Inc. stipulate to dismissal with prejudice of this case as to the Relator Wade Riner, with prejudice to the United States as to the Covered Conduct, and without prejudice to the United States as to all other claims.

Dated: February 26, 2025         Respectfully submitted,

                                      SARA C. SWEENEY
                                      Acting United States Attorney

/s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph. (813) 274-6000
Randy.Harwell@usdoj.gov

*Attorney for the United States*

/s/ *Randall C. Owens*
Randall C. Owens
State Bar No. 15380700
*Lead Counsel*
Michael Adams-Hurta
State Bar No. 24097860
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
owens@wrightclosebarger.com
hurta@wrightclosebarger.com

*Attorneys for Relator Wade Riner*

s/ *Henry M. Coxe III*
Henry M. Coxe III
Florida Bar No. 155193
Email: hmc@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Attorney for Defendant Pablo Creek Club, Inc.*