UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
EX REL. WADE RINER,

    Plaintiff/Relator,

v.                                          Case No. 6:22-CV-1380-RBD-LHP

QUAIL WEST FOUNDATION, INC.,
ET AL,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL BY UNITED STATES AND RELATOR WADE RINER AS TO PABLO CREEK CLUB, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs the United States and the Relator Wade Riner file this notice of voluntary dismissal as to defendant Pablo Creek Club, Inc, which has neither served an answer nor filed a motion for summary judgment.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

Dated: March 7, 2025                    Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

/s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph. (813) 274-6000
Randy.Harwell@usdoj.gov

*Attorney for the United States*

/s/ *Randall C. Owens*
Randall C. Owens
State Bar No. 15380700
*Lead Counsel*
Michael Adams-Hurta
State Bar No. 24097860
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
owens@wrightclosebarger.com
hurta@wrightclosebarger.com

*Attorneys for Relator Wade Riner*