**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WADE RINER,

Plaintiff,

v. Case No: 6:22-cv-1380-RBD-LHP

PABLO CREEK CLUB, INC.,

Defendant.

---

## ORDER OF DISMISSAL

This cause is before the Court upon the Government and Relator Wade Riner's Joint Notice of Voluntary Dismissal (Doc. 98), filed March 7, 2025. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 11, 2025.

ROY B. DALTON, JR.
United States District Judge